## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**EMMA J. EARLE,**

    **Plaintiff,**

**v.**                                                          **Case No. 8:06-cv-2271-T-30MAP**

**US BANK, NA,**

    **Defendant.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Appellant's Motion for Reconsideration of Order Denying Appellant's Motion for Leave to Appeal (Dkt. 6). Upon review and consideration of the same, this Court finds that the motion is **GRANTED**. This Court has reviewed the transcript as a recitation of the factual background of the bankruptcy proceeding. Based on a review of the factual background of the bankruptcy proceedings, this Court affirms its Order denying Appellant's Motion for Leave to Appeal (Dkt. 5).

It is therefore ORDERED AND ADJUDGED that:

1. Appellant's Motion for Reconsideration of Order Denying Appellant's Motion for Leave to Appeal (Dkt. 6) is **GRANTED**.

2. Upon reconsideration, Appellant's Motion for Leave to Appeal is again **denied**.

    3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 8, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2006\06-cv-2271 - Motion for Reconsideration.frm